

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Howard Dee Sturgis,                          * From the 104th District Court
                                               of Taylor County
                                               Trial Court No. 20897B.

Vs. No. 11-18-00016-CR                        * January 31, 2020

The State of Texas,                          * Memorandum Opinion by Bailey, C.J.
                                               (Panel consists of: Bailey, C.J.,
                                               Stretcher, J., and Wright, S.C.J.,
                                               sitting by assignment)
                                               (Willson, J., not participating)

    This court has inspected the record in this cause and concludes that there is no error in the judgment below.  Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.